

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

www.cblh.com

**Kevin F. Brady**
**TEL**        (302) 888-6257
**FAX**        (302) 255-4257
**EMAIL**      kbrady@cblh.com
**REPLY TO**   Wilmington Office

November 28, 2005

**By Hand Delivery**

Monica Mosley
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:     Appeal: *In re: TWA Inc. Post Confirmation Estate*
        **Case No. 04-1260** gms

Dear Monica:

On November 9, 2004, I met with counsel for the parties in mediation and was unable to resolve the case. As a result, the mediation is completed and the appeal in this case is ready to proceed.

Yours very truly,

Kevin F. Brady
(Bar No. 2248)

KFB/saj
cc:     Clerk, U.S. District Court
        Laura Davis Jones, Esquire
        Ellen W. Slights, Esquire
        (430278)