IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| TWA INC. POST CONFIRMATION ESTATE | : | Bankruptcy Co. No. 01-00056 PJW |
| Debtors | : | |
| U.S. DEPARTMENT OF AGRICULTURE | : | |
| Appellant | : | |
| v. | : | Civil Action No. 04-1260 (GMS) |
| TWA INC. POST CONFIRMATION ESTATE | : | |
| Appellee | : | |

## **O R D E R**

WHEREAS, on September 13, 2004, a Notice of Appeal of the Order of the Bankruptcy Court entered on August 6, 2004, was filed;

WHEREAS, on September 27, 2004, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on November 28, 2005, a notice of Completion of Mediation was filed by Kevin F. Brady, Esq.,

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than December 30, 2005.


November 30, 2005                    /s/ Gregory M. Sleet
                                     UNITED STATES DISTRICT JUDGE