IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TWA POST CONFIRMATION ESTATE,)<br>)<br>Debtors. )<br>)<br>U.S. Department of Agriculture, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>TWA Inc. Post Confirmation Estate, )<br>)<br>Appellee. ) | Civil Action No. 04-1260 (GMS)<br><br><br><br>Adversary Case No. 03-70101 (PJW)<br>Bankruptcy Case No. 01-00056 (PJW) |

**PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's November 30, 2005 order requesting a proposed briefing schedule for the Court's consideration, the United States Department of Agriculture and the TWA Inc. Post Confirmation Estate jointly propose the following:

1. The opening brief of the United States Department of Agriculture shall be filed and served on or before February 2, 2005.

2. The opposition brief of the TWA Inc. Post Confirmation Estate shall be filed and served within thirty days of the filing of the opening brief.

3. The reply brief of the United States Department of Agriculture shall be filed and served within fourteen days of the filing of the opposition brief.

RICHARD G. ANDREWS
Acting United States Attorney

Dated: December 27, 2005

ELLEN W. SLIGHTS
Delaware Bar I.D. No. 2782
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

_____
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
RUTH A. HARVEY
Attorneys, Civil Division
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044
(202) 307-0388

Dated: December 28, 2005

_____
James E. O'Neill (DE Bar No. 4042)
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899
Telephone: (302) 778-6407

TWA Inc. Post Confirmation Estate

**SO ORDERED** this _____ day
of _____, 2005

_____
The Honorable Gregory M. Sleet
United States District Judge