IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TWA POST CONFIRMATION ESTATE ) | |
| ) | |
| U.S. Department of Agriculture, ) | |
| ) | |
| Appellant, ) | Civil Action No. 04-1260 (GMS) |
| ) | |
| v ) | |
| ) | |
| TWA Inc. Post Confirmation Estate, ) | |
| ) | Adversary Case No. 04-51049 (PJW) |
| Appellee. ) | Bankruptcy Case No. 01-00056 (PJW) |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, certify that on the 28th day of December 2005, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**PROPOSED BRIEFING SCHEDULE**

_____
James E. O'Neill (DE Bar No. 4042)

85400-002\DOCS_DE:100437.1

**TWA Inc. Post Confirmation Estate**
U.S. Department of Agriculture
October 17, 2003
1 – Hand Delivery
2 – First Class Mail

*Via Hand Delivery*
Ellen W. Slights, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

*First Class Mail*
United States Department of Agriculture
Ruth A. Harvey, Esquire
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

*First Class Mail*
Kirkland & Ellis, LLP
Jeffrey W. Gettleman, Esquire
200 East Randolph Drive
Chicago, IL 60601