IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TWA POST CONFIRMATION ESTATE ) | |
| ) | |
| U.S. Department of Agriculture, ) | |
| ) | |
| Appellant, ) | Civil Action No. 04-1260 (GMS) |
| ) | |
| v ) | |
| ) | |
| TWA Inc. Post Confirmation Estate, ) | |
| ) | Adversary Case No. 04-51049 (PJW) |
| Appellee. ) | Bankruptcy Case No. 01-00056 (PJW) |

**PROPOSED AMENDED BRIEFING SCHEDULE**

WHEREAS on December 29, 2005, this Court approved a briefing schedule in the above captioned matter which was subsequently amended; and

WHEREAS, the parties hereto are attempting to resolve this matter and feel that additional time will be helpful in achieving such resolution.

NOW, THEREFORE, the United States Department of Agriculture and the TWA Inc. Post Confirmation Estate jointly propose the following:

1. The opening brief of the United States Department of Agriculture shall be filed and served on or before March 31, 2006.

2. The opposition brief of the TWA Inc. Post Confirmation Estate shall be filed and served within thirty days of the filing of the opening brief.

3. The reply brief of the United States Department of Agriculture shall be filed and served within fourteen days of the filing of the opposition brief.

Dated: March 14, 2006

RICHARD G. ANDREWS
Acting United States Attorney
ELLEN W. SLIGHTS
Delaware Bar I.D. No. 2782
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

_____
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
RUTH A. HARVEY
Attorneys, Civil Division
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
(202) 307-0388

Dated: March 14, 2006

_____
James E. O'Neill (DE Bar No. 4042)
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100

TWA Inc. Post Confirmation Estate

**SO ORDERED** this ___ day of _____, 2006

_____
The Honorable Gregory M. Sleet
United States District Judge