IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TWA POST CONFIRMATION ESTATE | ) | |
| | ) | |
| U.S. Department of Agriculture, | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 04-1260 (GMS) |
| | ) | |
| v | ) | |
| | ) | |
| TWA Inc. Post Confirmation Estate, | ) | |
| | ) | Adversary Case No. 04-51049 (PJW) |
| Appellee. | ) | Bankruptcy Case No. 01-00056 (PJW) |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, certify that on the 14th day of March 2006, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**PROPOSED AMENDED BRIEFING SCHEDULE**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

**TWA Inc. Post Confirmation Estate**
U.S. Department of Agriculture
Document # 100440
1 – Hand Delivery
2 – First Class Mail


*Via Hand Delivery*
Ellen W. Slights, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

*First Class Mail*
United States Department of Agriculture
Ruth A. Harvey, Esquire
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

*First Class Mail*
Kirkland & Ellis, LLP
Jeffrey W. Gettleman, Esquire
200 East Randolph Drive
Chicago, IL  60601