IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TWA POST CONFIRMATION ESTATE | ) | |
| | ) | |
| U.S. Department of Agriculture, | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 04-1260 (GMS) |
| | ) | |
| v | ) | |
| | ) | |
| TWA Inc. Post Confirmation Estate, | ) | |
| | ) | Adversary Case No. 03-70101 (PJW) |
| Appellee. | ) | Bankruptcy Case No. 01-00056 (PJW) |

## STIPULATION FOR DISMISSAL

COME NOW the parties to this adversary action, by and through legal counsel, and hereby stipulate to dismissal of this adversary proceeding with prejudice, each party to bear its own costs.

Date: March 30, 2006

| THE TWA INC. POST CONFIRMATION ESTATE | UNITED STATES DEPARTMENT OF AGRICULTURE |
|---|---|
| By _____ <br> PACHULSKI, STANG ZIEHL YOUNG <br> JONES & WEINTRAUB LLP <br> Laura Davis Jones (Bar. No. 2436) <br> James E. O'Neill (Bar No. 4042) <br> 919 North Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, Delaware 19899-8705 (Courier 19801) <br> Telephone: (302) 652-4100 <br> Facsimile: (302) 652-4400 | By _____ <br> Ruth A. Harvey <br> J. Christopher Kohn <br> Tracy J. Whitaker <br> Attorneys, Civil Division, Commercial <br> Litigation Branch <br> United States Department of Justice <br> P.O. Box 875, Ben Franklin Station <br> Washington, DC 20044 <br> Telephone: (202) 307-0388 <br> Facsimile: (202) 514-9163 |