IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TWA POST CONFIRMATION ESTATE ) | |
| ) | |
| U.S. Department of Agriculture, ) | |
| ) | |
| Appellant, ) | Civil Action No. 04-1260 (GMS) |
| ) | |
| v ) | |
| ) | |
| TWA Inc. Post Confirmation Estate, ) | |
| ) | Adversary Case No. 03-70101 (PJW) |
| Appellee. ) | Bankruptcy Case No. 01-00056 (PJW) |

### AFFIDAVIT OF SERVICE

Louise Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP co-counsel for the Debtor in the above-captioned action, and that on the 31st day of March 2006 she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**STIPULATION FOR DISMISSAL**

_____
Louise L. Tuschak

SWORN TO AND SUBSCRIBED
by me on this 31st day of March 2006
_____
Notary Public
My Commission Expires: 03-21-08

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

28587-001\DOCS_DE:112053.9

**TWA Inc. Post Confirmation Estate**
U.S. Department of Agriculture
Document # 100440
1 – Hand Delivery
2 – First Class Mail

*Via Hand Delivery*
Ellen W. Slights, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

*First Class Mail*
United States Department of Agriculture
Ruth A. Harvey, Esquire
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

*Via First Class Mail*
Jill Farmer, Esquire
General Counsel
TWA Inc. Post Confirmation Estate
1585 Forest View Drive
St. Louis, MO 63122